■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DAVIS, Appellant. [638 NYS2d 307] —Judgment, Supreme

Court, New York County (Harold Rothwax, J.), rendered March 24, 1993, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and sentencing him, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

The trial court provided defendant with an adequate opportunity to confer with defense counsel immediately before the parties began to exercise their challenges to a panel of prospective jurors. Under the circumstances, the court properly exercised its discretion by setting a reasonable limit on the amount of time for defendant and counsel to confer (*see*, *People v De Jesus*, 42 NY2d 519, 523). We have reviewed defendant's other contentions and find them to be without merit. Concur—Milonas, J. P., Wallach, Ross and Mazzarelli, JJ.